UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**LOUIS EDWARD MCGLYNN,**

        Plaintiff,                Civil Action No. 2:22-cv-12462

v.

                                      Hon. Linda V. Parker

**FORD-UAW RETIREMENT PLAN
and FORD MOTOR COMPANY,**

        Defendants.

## **STIPULATED ORDER DISMISSING CASE WITH PREJUDICE**

    The Court having reviewed the stipulation of the parties to dismiss this action with prejudice, and otherwise being fully advised in the premises;

    IT IS HEREBY ORDERED that this cause of action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

                                                s/LINDA V. PARKER
                                                UNITED STATES DISTRICT JUDGE

Dated: September 13, 2024

## **Stipulation**

The parties, through counsel, hereby stipulate to entry of this Stipulated Order Dismissing the Complaint with Prejudice, which is approved as to form and content.

| | |
|---|---|
| s/ *Jennifer Kroll* | s/ *Jennafer M. Tryck (w/ permission* |
| Jennifer Kroll | Jennafer M. Tryck |
| Susan Martin | GIBSON, DUNN & CRUTCHER LLP |
| MARTIN & BONNETT PLLC | 3161 Michelson Drive Suite 2100 |
| 4647 N. 32nd St., Suite 185 | Irvine, CA 92612 |
| (602) 240-2345 | (949) 451-4089 |
| jennifer@martinbonnett.com | jtryck@gibsondunn.com |
| smartin@martinbonnett.com | |
| | |
| Robert B. June (P51149) | GIBSON, DUNN & CRUTCHER LLP |
| LAW OFFICES OF | Karl G. Nelson |
| ROBERT B. JUNE, P.C. | 2001 Ross Avenue, |
| 415 Detroit Street, 2nd Floor | Dallas, TX 75201 |
| Ann Arbor, MI 48104 | (214) 698-3203 |
| (734) 481-1000 | knelson@gibsondunn.com |
| bobjune@junelaw.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated:  September 12, 2024